Honorable Marc Barreca
Chapter 7; Everett
TELEPHONIC HEARING
Hearing Date: October 14, 2020
Hearing Time: 10:0 a.m.
**Response Date:** October 7, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re: ) Case No. 20-12050
)
Willie B Griffin, )
) DECLARATION OF DENNIS LEE
Debtor(s). ) BURMAN IN SUPPORT OF UNITED
) STATES TRUSTEE'S MOTION FOR
) DISGORGEMENT
)

I, Dennis Lee Burman, declare as follows:

1. I am the duly-appointed and acting Chapter 7 Trustee in the above-captioned chapter 7 case of debtor Willie B. Griffin (the "Debtor").

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto. This declaration is filed at the request of the United States Trustee in support of the Motion by United States Trustee for Disgorgement of Fees Pursuant to Bankruptcy Code Section 329(b).

3. On August 27, 2020, I sent an email to the Debtor's attorney Tom Hyde. In that email I told Mr. Hyde that I was aware of his motion to withdraw that was not scheduled to be heard until after the initial meeting of creditors, and I asked if he had any of the required Bankruptcy Rule 4002 documents for me. Mr. Hyde responded that he had nothing to provide,

DECLARATION OF DENNIS LEE BURMAN - 1

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

and that he would not be appearing at the initial meeting of creditors. In subsequent emails, at my request Mr. Hyde promptly provided telephone and email contact information for the Debtor.

4. On September 1, 2020, I conducted the initial meeting of creditors. The Debtor appeared and testified telephonically. Mr. Hyde did not appear.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of September, 2020

_____
Dennis Lee Burman

DECLARATION OF DENNIS LEE BURMAN - 2